### Frank J. MAZUREK, Respondent,

### v.

### COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

Nov. 1, 2000.

#### *ORDER*

PER CURIAM:

**AND NOW,** this 1st day of November, 2000, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the

Commonwealth Court is reversed and the case is remanded for proceedings consistent with *Commonwealth of Pennsylvania,* *Department of Transportation v. McCafferty,* —— Pa. ——, 758 A.2d 1155 (2000).